CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 20 2011

JULIA A. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOMINIQUE HERMAN ADAMS, | ) | |
| Petitioner, | ) | Civil Action No. 7:11cv00601 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| BRYAN B. WATSON, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Adams' petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; Adams' motion to proceed *in forma pauperis* (Docket No. 2) is **DENIED as moot**; and this action is hereby **STRICKEN** from the active docket of the court.

Further, finding that Adams has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 20th day of December, 2011.

/s/ Samuel G. Wilson
United States District Judge